UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES EARL ROBINSON,

        Defendant.

_____/      **INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Felon in Possession of a Firearm)

On or about January 27, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**JAMES EARL ROBINSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Ruger, Model LCP II, .22 caliber pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## COUNT 2
(Possession with Intent to Distribute Controlled Substances)

On or about January 27, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**JAMES EARL ROBINSON**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 27, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

### JAMES EARL ROBINSON

knowingly possessed a loaded Ruger, Model LCP II, .22 caliber pistol in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances as charged in Count 2 of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i)

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 3 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 or 18 U.S.C. § 924(c) set forth in Count 3,

## JAMES EARL ROBINSON

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a loaded Ruger, Model LCP II, .22 caliber pistol.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
LAUREN F. BIKSACKY
Assistant United States Attorney